CATHERINE BOULAY *v.* CITY OF WATERBURY

The defendant's cross petition for certification for appeal from the Appellate Court, 27 Conn. App. 483, is denied.

*Thomas K. McDonough,* assistant to corporation counsel, in support of the petition.

Decided June 18, 1992

STATE OF CONNECTICUT *v.* THOMAS BOYKIN

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 558, is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided June 25, 1992

CECIL YOUNG *v.* MARGARET L. SALOMONE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 586, is denied.

*Cecil Young,* pro se, in support of the petition.

*Andrea B. Gaines,* assistant attorney general, in opposition.

Decided June 25, 1992

STATE OF CONNECTICUT *v.* ROSALBINA NOVOA

The defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 596, is granted, limited to the following question: